[No. 10554.   Department One.   November 20, 1912.]

CURTIS ANDERSON, *Respondent*, v. ADNA MILL COMPANY, *Appellant*.[1]

Appeal from a judgment of the superior court for Lewis county, Rice, J., entered January 22, 1912, upon the verdict of a jury rendered in favor of the plaintiff, in an action for personal injuries sustained by an employee in a logging camp.   Affirmed.

*Reeves Aylmore, Jr.*, and *A. A. Hull*, for appellant.

*Forney & Ponder*, for respondent.

PER CURIAM.—Action by Curtis Anderson against Adna Mill Company, a corporation, to recover damages for personal injuries. From a judgment in plaintiff's favor, the defendant has appealed.

The respondent was injured at the same time, and in the same accident involved in the case of *Cunningham v. Adna Mill Co.*, *ante* p. 111, 127 Pac. 850.   The only issues presented are issues of fact, which the jury upon sufficient evidence resolved in respondent's favor.

The judgment is affirmed.

———

[No. 10594.   Department One.   November 22, 1912.]

E. C. BOOTH *et al.*, *Respondents*, v. GRAYS HARBOR & PUGET SOUND RAILWAY COMPANY *et al.*, *Appellants*.[2]

Appeal from a judgment of the superior court for Chehalis county, Irwin, J., entered April 11, 1912, upon the verdict of a jury rendered in favor of the plaintiffs, in an action for damages to real property.   Affirmed.

*Bridges & Bruener* (*Bogle, Graves, Merritt & Bogle*, of counsel), for appellants.

*O. M. Nelson*, for respondents.

PER CURIAM.—This case depends upon about the same state of facts and is governed by the same rule of law as the case of *Keil v. Grays Harbor & Puget Sound R. Co.*, *ante* p. 163, 127 Pac. 1113.

Judgment affirmed.

[1]Reported in 127 Pac. 851.

[2]Reported in 127 Pac. 1115.